B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Flood, Carl R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4539** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8525 Rote Road**<br>**Rockford, IL**<br>ZIP Code **61107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Flood, Carl R** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Patricia Flood** | Case Number: **09-72088** | Date Filed: **5/20/09** |
|---|---|---|
| District: **Northern District of Illinois** | Relationship: **Spouse** | Judge: **Barbosa** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Theresa L. Campbell                     July  7, 2011**<br>Signature of Attorney for Debtor(s)                     (Date)<br>**Theresa L. Campbell 6209526** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Flood, Carl R** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carl R Flood**
Signature of Debtor  **Carl R Flood**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July  7, 2011**
Date

### Signature of Attorney*

X **/s/ Theresa L. Campbell**
Signature of Attorney for Debtor(s)

**Theresa L. Campbell 6209526**
Printed Name of Attorney for Debtor(s)

**Theresa L. Campbell**
Firm Name
**728 N. Main**
**Rockford, IL 61103**

_____
Address

**815-962-3787  Fax: 815-962-3938**
Telephone Number

**July  7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Carl R Flood**                                Case No. _____

                                      Debtor(s)          Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Carl R Flood**
                          **Carl R Flood**

Date:  **July 7, 2011**

B6D (Official Form 6D) (12/07)

In re   **Carl R Flood**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America<br>Attn: Bankruptcy Dept.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410** | X | J | **Mortgage**<br><br>**Single family home located at 7426 Ashton Villa, Rockford, IL; This property is owned jointly by Debtor and wife, total value $145,000.00** | | | | | |
| | | | Value $          **145,000.00** | | | | **102,404.00** | **0.00** |
| Account No.<br><br>**Bank of America<br>Attn: Bankruptcy Dept.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410** | X | J | **Mortgage**<br><br>**Single family home located at 7406 Ashton Villa, Rockford, IL; Property is co-owned by Debtor and wife, total value $120,000.** | | | | | |
| | | | Value $          **120,000.00** | | | | **101,163.00** | **0.00** |
| Account No.<br><br>**Bank of America<br>Attn: Bankruptcy Dept.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410** | X | J | **Mortgage**<br><br>**Single family home located at 7414 Ashton Villa, Rockford, IL.  Property is co-owned by Debtor and wife, market value is $120,000.00** | | | | | |
| | | | Value $          **120,000.00** | | | | **102,070.00** | **0.00** |
| Account No.<br><br>**Bank of America<br>Attn: Bankruptcy Dept.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410** | | - | **Mortgage**<br><br>**Single family home located at 913 Ramona Terrace, Machesney Park, IL** | | | | | |
| | | | Value $          **75,000.00** | | | | **72,458.00** | **0.00** |

___1___ continuation sheets attached

Subtotal
(Total of this page)

**378,095.00**          **0.00**

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Carl R Flood**                                                                          ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **Bank of America** **Attn: Bankruptcy Dept.** **4161 Piedmont Parkway** **Greensboro, NC 27410** | X | - | **Single family home located at W 7874 Shore Acres, Lake Mills, WI  Property is co-owned by Debtor and wife, market v alue is $550,000.00** | | | | | |
| | | | Value $                  **550,000.00** | | | | **426,232.00** | **0.00** |
| Account No. | | | **Second Mortgage** | | | | | |
| **Bank of America** **Attn: Bankruptcy Dept.** **4161 Piedmont Parkway** **Greensboro, NC 27410** | X | J | **Single family home located at W 7874 Shore Acres, Lake Mills, WI  Property is co-owned by Debtor and wife, market v alue is $550,000.00** | | | | | |
| | | | Value $                  **550,000.00** | | | | **48,693.00** | **0.00** |
| Account No. | | | **Mortgage** | | | | | |
| **Bank of America** **Attn: Bankruptcy Dept.** **4161 Piedmont Parkway** **Greensboro, NC 27410** | X | J | **Single family home located at 8525 Rote Road, Rockford, IL.  Property is co-owned by Debtor and Wife, market value is $300,000.00** | | | | | |
| | | | Value $                  **300,000.00** | | | | **360,000.00** | **60,000.00** |
| Account No. | | | **Judgment on properties located at 7306 Ashton Villa, Rockford, IL;  W7874 Shore Acres, Lake Mills, WI; 2875 English Lane, Rockford, IL; 4324 Lori Drive, Rockford, IL; 3512 Pleasant Valley, Rockford, IL.; 2166 Grandchester, Rockford, IL;** | | | | | |
| **Midwest Community Bank** **P. O. Box 689** **Freeport, IL 61032** | | J | | | | | | |
| | | | Value $                  **0.00** | | | | **1,155,748.36** | **1,155,748.36** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | **1,990,673.36** | **1,215,748.36** |
| | Total (Report on Summary of Schedules) | **2,368,768.36** | **1,215,748.36** |

B6E (Official Form 6E) (4/10)

.

In re    **Carl R Flood**                                                              Case No. _____
                                                                    ,
                                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Carl R Flood**
_____ ,    Case No. _____
                              **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jefferson County Treasurer**<br>**320 S, Main St.**<br>**Jefferson, WI 53549** | - | | **2008 & 2009 Property taxes on Wisconsin real estate** | | | | Unknown | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Town of Lake Mills**<br>**Sharon Guenterberg, Treasurer**<br>**W8875 Airport Road**<br>**Waterloo, WI 53594** | - | | **Wisconsin property taxes** | | | | Unknown | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Winnebago County Treasurer**<br>**404 Elm**<br>**Rockford, IL 61101** | - | | **2007, 2008, 2009 & 2010 property taxes for all Winnebago County, Illinois, real estate except for 7426 Ashton Villa, Rockford, IL** | | | | Unknown | **Unknown**<br><br>**133,446.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 133,446.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 133,446.00 |

B6F (Official Form 6F) (12/07)

In re __**Carl R Flood**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | Credit account | | | | |
| **Advantage Kwik-Dry 1237 Castle Hill Drive Rockford, IL 61107** | | | | | | | | | 385.00 |
| Account No. | | - | | | water softener rental | | | | |
| **Alpine Softener 1230 15th Ave. Rockford, IL 61104** | | | | | | | | | 174.00 |
| Account No. | | - | | | Utility service | | | | |
| **Axberg Heating 3230 Pyramid Rockford, IL 61109** | | | | | | | | | 73.00 |
| Account No. **5490993997156742** | | - | | | Credit account | | | | |
| **Bank Of America Po Box 17054 Wilmington, DE 19850** | | | | | | | | | 42,405.00 |

| | | |
|---|---|---|
| __10__ continuation sheets attached | Subtotal (Total of this page) | 43,037.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Deficiency balance on Amcore mortgage for 10042 and 10058 Bitterroot Road, Roscoe, IL | | | | |
| **Bayview Loan** **4425 Ponce de Leon Blvd., 5th Fl** **Bankruptcy Dept.** **Miami, FL 33146** | | - | | | | | | |
| | | | | | | | | **9,874.00** |
| Account No. | | | | Judgment against Debtor in Adversary Case No. 09-96191 on behalf of the Bankruptcy estate of Patricia M. Flood, Bankruptcy Case No. 09-72088 | | | | |
| **Bernard J. Natale, Trustee** **Attorney at Law** **6833 Stalter Drive, Ste. 201** **Rockford, IL 61108** | | - | | | | | | |
| | | | | | | | | **5,260.00** |
| Account No. | | | | Storage and/or delivery of boats | | | | |
| **Brian Winker** **1068 Bayberry Drive** **WI 53798** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Collection for Chase Bank - Notice only | | | | |
| **Capital Management Services** **726 Exchange St., Ste. 700** **Buffalo, NY 14210** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Collection for West Bend Mutual Insurance Company - Notice only | | | | |
| **Case Law Firm** **400 N. Broadway, Ste. 402** **Milwaukee, WI 53202** | | - | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,134.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **12479316** <br><br> **Cb Accts Inc** <br> **124 Sw Adams St** <br> **Peoria, IL 61602** | - | | | Medical account | | | | 106.00 |
| Account No. **2492** <br><br> **Chase** <br> **Attn: Cardmember Services** <br> **P. O. Box 15298** <br> **Wilmington, DE 19850** | - | | | Credit account | | | | 19,193.00 |
| Account No. <br><br> **City of Lake Mills** <br> **Light and Water Dept.** <br> **200 D Water St.** <br> **Lake Mills, WI 53551** | - | | | Fees | | | | 100.00 |
| Account No. <br><br> **City of Loves Park** <br> **100 Heart Boulevard** <br> **Loves Park, IL 61111** | - | | | Fees | | | | Unknown |
| Account No. <br><br> **City of Rockford** <br> **425 E. State** <br> **Rockford, IL 61104** | - | | | Utility bill at 7406 Ashton Villa, Rockford, IL | | | | 320.00 |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                      | 19,719.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**                                                                    ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Collection for Chase - Notice only | | | | |
| Collectcorp P. O. Box 101928 Birmingham, AL 35210-1928 | - | | | | | | | | 0.00 |
| Account No. | | | | | Utility service | | | | |
| Comcast 4450 Kishwaukee St. Rockford, IL 61109 | - | | | | | | | | 84.00 |
| Account No. | | | | | Utility service - Notice only | | | | |
| Commonwealth Edison Credit Services 2100 Swift Dr. Oak Brook, IL 60523 | - | | | | | | | | 0.00 |
| Account No. 1586988361 | | | | | Collection for Comcast | | | | |
| Credit Protect Assoc. Po Box 802068 Dallas, TX 75380 | - | | | | | | | | 288.00 |
| Account No. 3310860000286389 | | | | | Collection for Rockford Psychiatric Medical | | | | |
| Creditors Protection S 202 W State St Ste 300 Rockford, IL 61101 | - | | | | | | | | 286.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               658.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | snow removal | | | | |
| Custom Cabinetry 964 Washington Ave. South Beloit, IL 61080 | | | | | | | | 670.00 |
| Account No. 42910014 | | - | | Collection for Comcast - Notice only | | | | |
| Eos Cca 700 Longwater Dr Norwell, MA 02061 | | | | | | | | 83.00 |
| Account No. 18664050013 | | - | | Delinquency on 2003 Mercedes | | | | |
| Fifth Third Bank 1850 E. Paris SE Bankruptcy Dept., Mail Drop #RSCB3E Grand Rapids, MI 49546 | | | | | | | | 34,193.00 |
| Account No. | | - | | | | | | |
| Frink Sewer & Drain Box 1004 Rockford, IL 61105 | | | | | | | | 129.00 |
| Account No. | | - | | Attorneys fees | | | | |
| J. F. Heckinger Attorney at Law 401 W. State #400 Rockford, IL 61101 | | | | | | | | Unknown |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,075.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Carl R Flood**_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lock service | | | | |
| JH Safe/Lock & Key P. O. Box 4682 Rockford, IL 61110 | - | | | | | | 173.00 |
| Account No. | | | Services rendered | | | | |
| Liebovich & Weber, P. C. Attorneys at Law 415 S. Mulford Rd., P. O. Box 6066 Rockford, IL 61125-1066 | - | | | | | | 325.00 |
| Account No. | | | Credit account | | | | |
| Lonnie Carpet Max 6551 E. Rioverside Rockford, IL 61114 | - | | | | | | 4,000.00 |
| Account No. | | | Collection for Midwest Bank - Notice only | | | | |
| Meckler, Bulger, et al. Attorneys at Law 123 N. Wacker Dr., Ste. 1800 Chicago, IL 60606 | - | | | | | | 0.00 |
| Account No. 8539183824 | | | Collection for Chase Bank - Notice only | | | | |
| Midland Credit Management Po Box 939019 San Diego, CA 92193 | - | | | | | | 0.00 |

Sheet no. __5___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        4,498.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl R Flood**                                                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit account | | | | |
| **Midwest Community Bank P. O. Box 689 Freeport, IL 61032** | - | | | | | | 1,500.00 |
| Account No. | | | Credit account | | | | |
| **Miracle Financial 52 Armstrong Rd. Plymouth, MA 02360-4807** | - | | | | | | 264.00 |
| Account No. | | | Collection for Bank of America - Notice only | | | | |
| **MRS Services 1930 Olney Ave. Cherry Hill, NJ 08003** | - | | | | | | 0.00 |
| Account No. 4527814560 | | | Utility service | | | | |
| **Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507** | - | | | | | | 1,006.00 |
| Account No. | | | | | | | |
| **Norstar Heating and Cooling 2121 15th St. Rockford, IL 61104** | - | | | | | | 352.00 |
| Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | 3,122.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**                                                                      ,        Case No. _____
                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| North Park Water Box 966 Roscoe, IL 61073 | | - | | | | | 106.00 |
| Account No. | | | Promissory note - Notice only | | | | |
| Patricia M. Flood 7426 Ashton Villa Rockford, IL 61107 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Paul Parmetier dba Running Wolf Rep 3002 Rutgers Place Rockford, IL 61109 | | - | | | | | 500.00 |
| Account No. 4489918020012758 | | | Credit account | | | | |
| Pnc Bank 1 Ncc Pkwy Kalamazoo, MI 49009 | | - | | | | | 11,365.00 |
| Account No. | | | Medical services - Notice only | | | | |
| Rachel Ward, M.D. 1639 N. Alpine Rockford, IL 61107 | | - | | | | | 0.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,971.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl R Flood**                                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Realty Executives**<br>**4751 Manhattan Drive**<br>**Rockford, IL 61108** | - | | | **Fees** | | | | **Unknown** |
| Account No.<br><br>**Remax Property Source**<br>**6940 Vistagreen**<br>**Rockford, IL 61107** | - | | | **Fees** | | | | **3,200.00** |
| Account No.<br><br>**Rob's Performance**<br>**607 Highway Y**<br>**P O Box 159** | - | | | **Repairs** | | | | **Unknown** |
| Account No.<br><br>**Rock River Water Reclamation**<br>**P. O. Box 6207**<br>**Rockford, IL 61125-1207** | - | | | **Utility service - Notice only** | | | | **0.00** |
| Account No.<br><br>**Rockford Mercantile Agency**<br>**2502 S. Alpine**<br>**Rockford, IL 61108** | - | | | **Collection for City of Rockford - Notice only** | | | | **0.00** |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl R Flood** ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shawn Whalen** <br> **1820 S. Alpine Road** <br> **Rockford, IL 61108** | - | | | | | | 104.00 |
| Account No. <br><br> **Southwood Property Management** <br> **2222 E. State St., Ste. 207** <br> **Rockford, IL 61104** | - | | | | | | 4,292.00 |
| Account No. <br><br> **Stillman Valley Nursery** <br> **9979 N, Kishwaukee Rd.** <br> **Stillman Valley, IL 61084** | - | | mowing various properties | | | | 1,690.00 |
| Account No. <br><br> **Ted's Appliance Service** <br> **Box 305** <br> **Cherry Valley, IL 61016** | - | | | | | | 257.00 |
| Account No. <br><br> **Viking Collection Service** <br> **P. O. Box 1022** <br> **Wixom, MI 48393-1022** | - | | Collection for PCN Bank - Notice only | | | | 0.00 |

Sheet no. __9___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,343.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R Flood**                                                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Village of Machesney Park** <br> **300 Machesney Road** <br> **Machesney Park, IL 61115** | - | | **Village violation for 913 Ramona Road - Notice only** | | | | 0.00 |
| Account No. <br><br> **West Bend** <br> **1900 S. 18th Ave.** <br> **West Bend, WI 53095** | - | | **Insurance cancellation** | | | | 165.00 |
| Account No. 5817051616 <br><br> **Wi Electric** <br> **Attention:  Bankruptcy A130** <br> **Po Box 2046** <br> **Milwaukee, WI 53201** | - | | **Utility service** | | | | 1,511.00 |
| Account No. <br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | 1,676.00 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 144,433.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Carl R Flood**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,400.00 |
| Prior to the filing of this statement I have received | $ | 1,400.00 |
| Balance Due | $ | 0.00 |

2. $ **299.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, and pleadings or negotiations with creditors regarding the redemption of a vehicle or other asset.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July  7, 2011**

**/s/ Theresa L. Campbell**
**Theresa L. Campbell 6209526**
**Theresa L. Campbell**
**728 N. Main**
**Rockford, IL 61103**
**815-962-3787  Fax: 815-962-3938**

Date   **July  7, 2011**

Signature   **/s/ Carl R Flood**
**Carl R Flood**
Debtor

Advantage Kwik-Dry
1237 Castle Hill Drive
Rockford, IL 61107


Alpine Softener
1230 15th Ave.
Rockford, IL 61104


Axberg Heating
3230 Pyramid
Rockford, IL 61109


Bank of America
Attn: Bankruptcy Dept.
4161 Piedmont Parkway
Greensboro, NC 27410


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bayview Loan
4425 Ponce de Leon Blvd., 5th Fl
Bankruptcy Dept.
Miami, FL 33146


Bernard J. Natale, Trustee
Attorney at Law
6833 Stalter Drive, Ste. 201
Rockford, IL 61108


Brian Winker
1068 Bayberry Drive
WI 53798


Capital Management Services
726 Exchange St., Ste. 700
Buffalo, NY 14210


Case Law Firm
400 N. Broadway, Ste. 402
Milwaukee, WI 53202

Cb Accts Inc
124 Sw Adams St
Peoria, IL 61602

Chase
Attn: Cardmember Services
P. O. Box 15298
Wilmington, DE 19850

City of Lake Mills
Light and Water Dept.
200 D Water St.
Lake Mills, WI 53551

City of Loves Park
100 Heart Boulevard
Loves Park, IL 61111

City of Rockford
425 E. State
Rockford, IL 61104

Collectcorp
P. O. Box 101928
Birmingham, AL 35210-1928

Comcast
4450 Kishwaukee St.
Rockford, IL 61109

Commonwealth Edison
Credit Services
2100 Swift Dr.
Oak Brook, IL 60523

Credit Protect Assoc.
Po Box 802068
Dallas, TX 75380

Creditors Protection S
202 W State St Ste 300
Rockford, IL 61101

Custom Cabinetry
964 Washington Ave.
South Beloit, IL 61080


Eos Cca
700 Longwater Dr
Norwell, MA 02061


Fifth Third Bank
1850 E. Paris SE
Bankruptcy Dept., Mail Drop #RSCB3E
Grand Rapids, MI 49546


Frink Sewer & Drain
Box 1004
Rockford, IL 61105


J. F. Heckinger
Attorney at Law
401 W. State #400
Rockford, IL 61101


Jefferson County Treasurer
320 S, Main St.
Jefferson, WI 53549


JH Safe/Lock & Key
P. O. Box 4682
Rockford, IL 61110


Liebovich & Weber, P. C.
Attorneys at Law
415 S. Mulford Rd., P. O. Box 6066
Rockford, IL 61125-1066


Lonnie Carpet Max
6551 E. Rioverside
Rockford, IL 61114


Meckler, Bulger, et al.
Attorneys at Law
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

Midland Credit Management
Po Box 939019
San Diego, CA 92193


Midwest Community Bank
P. O. Box 689
Freeport, IL 61032


Miracle Financial
52 Armstrong Rd.
Plymouth, MA 02360-4807


MRS Services
1930 Olney Ave.
Cherry Hill, NJ 08003


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Norstar Heating and Cooling
2121 15th St.
Rockford, IL 61104


North Park Water
Box 966
Roscoe, IL 61073


Patricia Flood
7426 Ashton Villa
Rockford, IL 61107


Patricia Flood
7406 Ashton Villa
Rockford, IL 61107


Patricia Flood
7426  Ashton Villa
Rockford, IL 61107


Patricia Flood
7426  Ashton  Villa
Rockford, IL 61107

Patricia M. Flood
7426 Ashton Villa
Rockford, IL 61107


Paul Parmetier dba Running Wolf Rep
3002 Rutgers Place
Rockford, IL 61109


Pnc Bank
1 Ncc Pkwy
Kalamazoo, MI 49009


Rachel Ward, M.D.
1639 N. Alpine
Rockford, IL 61107


Realty Executives
4751 Manhattan Drive
Rockford, IL 61108


Remax Property Source
6940 Vistagreen
Rockford, IL 61107


Rob's Performance
607 Highway Y
P O Box 159


Rock River Water Reclamation
P. O. Box 6207
Rockford, IL 61125-1207


Rockford Mercantile Agency
2502 S. Alpine
Rockford, IL 61108


Shawn Whalen
1820 S. Alpine Road
Rockford, IL 61108


Southwood Property Management
2222 E. State St., Ste. 207
Rockford, IL 61104

Stillman Valley Nursery
9979 N, Kishwaukee Rd.
Stillman Valley, IL 61084


Ted's Appliance Service
Box 305
Cherry Valley, IL 61016


Town of Lake Mills
Sharon Guenterberg, Treasurer
W8875 Airport Road
Waterloo, WI 53594


Viking Collection Service
P. O. Box 1022
Wixom, MI 48393-1022


Village of Machesney Park
300 Machesney Road
Machesney Park, IL 61115


West Bend
1900 S. 18th Ave.
West Bend, WI 53095


Wi Electric
Attention: Bankruptcy A130
Po Box 2046
Milwaukee, WI 53201


Winnebago County Treasurer
404 Elm
Rockford, IL 61101